Submitted on record and briefs December 21, 2006, affirmed April 4, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

STEVEN W. VICARS,
*Defendant-Appellant.*

Yamhill County Circuit Court
CR030946; A129027

156 P3d 173

Peter Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Kristin Carveth, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Paul L. Smith, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Brewer, Chief Judge,* and Wollheim, Judge.

PER CURIAM

Affirmed. *State v. Vazquez-Escobar*, 211 Or App 115, 153 P3d 168 (2007).

---

* Brewer, C. J., *vice* Richardson, S. J.